| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FRANCISCO TORRES, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:24-CV-1
§
USP BEAUMONT, §
§
    Defendant. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Francisco Torres, an inmate formerly confined at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se*, brought this lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the lawsuit without prejudice pursuant to FED. R. CIV. P. 4(m). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**Signed this date**
**Jun 18, 2025**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE